# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| Michaleen Josephs, | ) | **COURT MINUTES** |
| | ) | BEFORE: John R. Tunheim |
| | ) | Chief U.S. District Judge |
| Plaintiff, | ) | |
| v. | ) | Case No:　　21-749 (JRT/DTS) |
| | ) | Date:　　October 14, 2021 |
| Alberto Jose Marzan, et al., | ) | Deputy:　　Heather Arent |
| | ) | Court Reporter: Kristine Mousseau |
| Defendants. | ) | Courthouse:　　Minneapolis |
| | ) | Courtroom:　　Video conference |
| | ) | Time Commenced:　3:16 p.m. |
| | | Time Concluded:　3:34 p.m. |
| | | Time in Court:　　18 Minutes |

Hearing on:

　　Plaintiff's Motion for Default Judgment [Docket No. 10]

APPEARANCES:

　　Plaintiff:　　Caitlinrose Fisher
　　Defendant:　　none

PROCEEDINGS:

　　Motion granted in part.  Additional briefing due by 11/01/2021.

**IT IS ORDERED:

　　☒ Written order forthcoming.

 s/Heather Arent
Courtroom Deputy
